## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDWARD WISNIEWSKI and | : | |
| MARY WISNIEWSKI, Co-Administrators | : | |
| of the Estate of Eric E. Wisniewski, Deceased, | : | |
| | : | Hon. |
| Plaintiffs, | : | Case No.: |
| | : | |
| v. | : | State Court Case No. |
| | : | 07C-10-303 |
| OCEAN PETROLEUM, L.L.C., and | : | |
| BRUCE PREDEOUX, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF REMOVAL
## PURSUANT TO 28 U.S.C. § 1441(a)

TO:     Marla Rosoff Eskin, Esq.          Andrew J. Leger, Jr.,
        Campbell & Levine, P.C.           Leger & Ball, P.C.
        800 North King Street             330 Grant Street
        Suite 300                         Suite 3100
        Wilmington, DE 19801              Pittsburgh, PA 15219

Ocean Petroleum, L.L.C., by and through its undersigned counsel, Kent & McBride, P.C.,

hereby gives notice of the removal to the United States District Court for the District of Delaware

of the claims that have been asserted against Ocean Petroleum, L.L.C., in the action captioned

Edward Wisniewski and Mary Wisniewski, Co-Administrators of the Estate of Eric E.

Wisniewski, Deceased, v. Ocean Petroleum, L.L.C., and Bruce Predeoux, now pending in the

Superior Court of the State of Delaware, County of New Castle, with case No.07C-10-303 CLS.

This Notice of Removal is filed pursuant to 28 U.S.C. § 1441(a),  and as grounds for such

removal, Ocean Petroleum, L.L.C., respectfully states as follows:

1.      On or about February 2, 2006, Eric E. Wisniewski, a resident of the State of

Delaware, was struck by a truck owned by Ocean Petroleum, L.L.C., a legal entity of the State of

Maryland, with its principal place of business being in Maryland, and driven by Bruce Predeoux,

a resident of the State of Maryland.  Eric E. Wisniewski was killed as a result of the accident.

2.      On October 31, 2007, Edward Wisniewski and Mary Wisniewski, both residents

of the State of Delaware, in their capacity as co-administrators of the Estate of Eric E.

Wisniewski, filed suit in the Superior Court of the State of Delaware in and for New Castle

County, against Ocean Petroleum, L.L.C., and Bruce Predeoux.

3.      Ocean Petroleum, L.L.C., was served with a copy of the above-referenced action

on December 20, 2007.

4.      The removed claims are for personal injury or wrongful death asserted against

Ocean Petroleum, L.L.C., and Bruce Predeoux.  The removed claims have been certified by

Plaintiff's counsel to be in excess of $ 100,000.00.

5.      The plaintiffs in the above referenced action have asserted that joint and several

liability arises as to each named co-defendant in this action.

6.      The above referenced claims for personal injury asserted against Ocean

Petroleum, L.L.C., may be removed to this Court pursuant to 28 U.S.C. § 1441(a).  Removal of

these claims is proper because the removed claims are: asserted in a civil action; not exempt from

removal; and this Court has subject matter jurisdiction over the removed claims pursuant to 28

U.S.C. §1332(a)(1).

7.      This Notice of Removal is timely filed under  28 U.S.C. § 1446(b).

8.    Bruce Predeoux, the co-defendant in this matter, who will also be represented by the undersigned counsel, but who has not yet been served in the underlying state court action, consents to the removal.

## NOTICE

9.    A copy of this Notice of Removal  and related documents has been served, by regular mail and electronic mail, on counsel of record for all represented parties in the action pending in state court.

Respectfully submitted,

**KENT & McBRIDE, P.C.**

By: _____

David C. Malatesta, Jr., Esquire
Delaware I.D. No. 3755
1105 Market Street
Suite 500, 5th Floor
Wilmington, DE 19801
(302) 777-5477
Attorney for Defendants

Dated: January 14, 2008

**SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)**

EFiled: Oct 3 2007  4:51PM EDT
Transaction ID 16888602

COUNTY:  ( N )  K  S    CIVIL ACTION NUMBER:  _Case No. 07C-10-303 CLS_

Civil Case Code _____    Civil Case Type _____CPIA_____

(SEE REVERSE SIDE FOR CODE AND TYPE)

| Caption: | Name and Status of Party filing document: |
|---|---|
| _Edward Wisniewski and Mary Wisniewski, Co-_ | _Edward and Mary Wisniewski,_ |
| _Administrators of the Estate of Eric E._ | Document Type: (E.G.; COMPLAINT; ANSWER WITH COUNTERCLAIM) |
| _Wisniewski, Deceased, Plaintiffs,_____ | _____Complaint_____ |
| _____v._____ | Non-Arbitration __ (CERTIFICATE OF VALUE MAY BE REQUIRED) |
| _Ocean Petroleum, L.L.C., and Bruce Predeoux__ | Arbitration __  Mediation __  Neutral Assessment _X_ |
| _Defendants._____ | DEFENDANT (CIRCLE ONE)  **ACCEPT  REJECT** |
| | JURY DEMAND  YES __Y__  No ____ |
| | TRACK ASSIGNMENT REQUESTED (CIRCLE ONE) |
| | **EXPEDITED**  ( **STANDARD** )  **COMPLEX** |

| ATTORNEY NAME(S): | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS |
|---|---|
| Marla R. Eskin; Kathryn Schulhaus Keller_____ ATTORNEY ID(S): | _____ |
| _DE 2989; 4660_____ FIRM NAME: | |
| Campbell & Levine_____ ADDRESS: | EXPLAIN THE RELATIONSHIP(S): |
| _800 N. King St., Suite 300 Wilmington 19801___ | |
| _(302) 426-1900_____ TELEPHONE NUMBER: | |
| _(302) 426-9947_____ FAX NUMBER: | OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT: |
| _meskin@camlev.com_____ E-MAIL ADDRESS: | |
| _____ | (IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE) |

**THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.**

Revised 6/2002

# SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)
## INSTRUCTIONS

### CIVIL CASE TYPE

Please select the appropriate civil case code and case type (e.g., **CODE - AADM** and **TYPE - Administrative Agency**) from the list below.  Enter this information in the designated spaces on the Case Information Statement.

| APPEALS | MISCELLANEOUS |
|---|---|
| AADM- Administrative Agency | MAFF - Application for Forfeiture |
| ACER - Certiorari | MAAT - Appointment of Attorney |
| ACCP - Court of Common Pleas | MGAR - Appointment of Guardianship |
| AIAB - Industrial Accident Board | MCED - Cease and Desist Order |
| APSC – Public Service Commission | MCON - Civil Contempt/Capias |
| AUIB - Unemployment Insurance Appeal Board | MCVP - Civil Penalty |
| | MSOJ - Compel Satisfaction of Judgment |
| **COMPLAINTS** | MCRO - Complaint Requesting Order |
| CASB - Asbestos | MCTO - Consent Order |
| CAAA - Auto Arb Appeal * | MIND -  Destruction of Indicia of Arrest |
| CBEN - Benzene Cases | MHAC - Habeas Corpus |
| CMIS - Civil Miscellaneous | MTOX - Hazardous Substance Cleanup |
| CACT - Class Action | MFOR - Intercept of Forfeited Money |
| CCON - Condemnation | MISS -  Issuance of Subpoena/Material Witness |
| CDBT - Debt/Breach of Contract * | MMAN - Mandamus |
| CDEJ - Declaratory Judgment | MOUT - Out of State Deposition |
| CDEF - Defamation * | MROP - Petition for Return of Property |
| CEJM - Ejectment | MROD - Road Resolution |
| CATT - Foreign & Domestic Attachment | MSAM - Satisfy Mortgage |
| CFJG - Foreign Judgment * | MSEL - Sell Real Estate for Property Tax |
| CFRD - Fraud Enforcement | MSEM - Set Aside Satisfaction of Mortgage |
| CINT - Interpleader | MSSS - Set Aside Sheriff's Sale |
| CLEM - Lemon Law * | MSET - Structured Settlement |
| CLIB - Libel * | MTAX - Tax Ditches |
| CMAL - Malpractice * | MREF - Tax Intercept |
| CPIN - Personal Injury * | MLAG - Tax Lagoons |
| CPIA - Personal Injury Auto * | MVAC - Vacate Public Road |
| CPRL - Products Liability * | MPOS - Writ of Possession |
| CPRD - Property Damage * | MPRO - Writ of Prohibition |
| CRPV - Replevin | |
| CSBI - Silicone Breast Implant | **MORTGAGES** |
| CSPD - Summary Proceedings Dispute | MORT - Mortgage |
| CTAX - Tax Appeal | |
| CCCP - Transfer from CCP* | **MECHANICS LIENS** |
| CCHA - Transfer from Chancery * | LIEN - Mechanics Lien * |
| | |
| **INVOLUNTARY COMMITMENTS** | |
| INVC- Involuntary Commitment | |

## * Case types subject to Rule 16.1 - Alternative Dispute Resolution

### DUTY OF THE PLAINTIFF
Each plaintiff/counsel shall complete the attached Civil Case Information Statement (CIS) and file <u>with</u> the complaint.

### DUTY OF THE DEFENDANT
Each defendant/counsel shall complete the attached Civil Case Information Statement (CIS) and file <u>with</u> the answer and/or first responsive pleading.

EFiled: Oct 31 2007 4:51P<br>
Transaction ID 16888602<br>
Case No. 07C-10-303 CLS

**THE SUPERIOR COURT OF THE STATE OF DELAWARE<br>
IN AND FOR NEW CASTLE COUNTY**

| | | |
|---|---|---|
| EDWARD WISNIEWSKI and<br>MARY WISNIEWSKI, Co-Administrators<br>of the Estate of Eric E. Wisniewski, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN PETROLEUM , L.L.C., and<br>BRUCE PREDEOUX,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NON-ARBITRATION<br><br>JURY TRIAL DEMANDED<br><br><br>C.A. No. 07C- |

## COMPLAINT

AND NOW, come the Plaintiffs, Edward Wisniewski and Mary Wisniewski, Co-Administrators of the Estate of Eric E. Wisniewski, Deceased, by and through their attorneys, Andrew J. Leger, Jr., Esquire, Leger & Ball, P.C. and Marla R. Eskin, Esquire, Campbell & Levine, LLC and file this Complaint upon a set of particulars of which the following is a statement:

1.    Plaintiffs, Edward Wisniewski and Mary Wisniewski, husband and wife, are surviving parents and Co-Administrators of the Estate of Eric E. Wisniewski, Deceased (the "Decedent"), and reside at 107 Megan Drive, Bear, Delaware 19701.

2.    Defendant, Ocean Petroleum, L.L.C. ("Defendant Ocean Petroleum"), is a Maryland corporation or other legal entity with its principal place of business at 7167 Worchester Highway, Newark, Maryland 21841.

3.    Defendant, Bruce Predeoux ("Defendant Predeoux") is, upon information and belief, a citizen of Maryland residing at 29087 Raven Court, Salisbury, Maryland 21801.

{D0089508.1 }

4.    On or about February 2, 2006, at or about 6:25 a.m., Decedent was traveling in a generally southbound direction on Route 1, approximately 2.4 miles south of the Route 299 on-ramp, near Townsend, Delaware, in a 1989 Ford Econoline 350 six-wheel utility truck owned by his employer, Catts Plumbing Repairs, Inc.  Due to a malfunctioning gas gauge, Decedent ran out of gas and was forced to pull onto the shoulder/berm of the roadway on Route 1.

5.    Decedent stopped his vehicle leaving the headlights on and activated the flashers and proceeded across the highway to a gas station where he obtained an emergency fuel can.

6.    Decedent returned to his vehicle and commenced refueling it while his passenger went behind the vehicle with a flashlight to wave approaching vehicles away from them.

7.    Upon refueling the vehicle, Decedent proceeded back to the driver's door.

8.    At the same date, time and place, Defendant Predeoux was operating Defendant Ocean Petroleum's 2006 Freightliner tractor hauling a 2002 Heil tanker trailer in the right-hand lane in a generally southbound direction on Route 1, approximately 2.4 miles south of the Route 299 on-ramp.

9.    As Defendant Predeoux approached the disabled truck, he swerved to his right leaving his lane of travel and struck the Decedent who was on the shoulder of the road with the tanker truck at approximately sixty-five (65) miles per hour.

## COUNT I

### Edward Wisniewski and Mary Wisniewski, Co-Administrators of the Estate of Eric E. Wisniewski, Deceased, Plaintiffs v. Ocean Petroleum, L.L.C., Defendant

10.     Plaintiffs hereby incorporate by reference each and every allegation contained in Paragraphs one through nine, inclusive, as if the same had been fully set forth at length herein.

11.     At all times material and relevant hereto, Defendant Ocean Petroleum owed a duty to Plaintiffs' Decedent and to all others similarly situated, to exercise due care and caution in the operation of the tanker truck with due regard for the rights and safety of others.

12.     Defendant Ocean Petroleum was the owner and/or at all times relevant, had care, custody, control and/or supervision of the aforementioned vehicle.

13.     At the time of the accident, the tanker truck that struck Decedent was being operated by agents, servants, workmen and/or employees of Defendant Ocean Petroleum, while doing the business of Defendant Ocean Petroleum, and while acting within the course and scope of their employment and authority.

14.     The accident occurred because Defendant Ocean Petroleum's agents, servants, workmen and/or employees operated and directed the tanker truck in such a reckless, careless and negligent manner so as to cause them to lose control of their vehicle, thereby leaving the roadway, striking the Decedent who was properly and permissibly on the shoulder of the highway.

15.     That the injuries and ultimately loss of life sustained by Decedent was solely, directly and proximately caused by the recklessness, carelessness and negligence of the Defendant Ocean Petroleum itself acting through the acts and/or omissions of its agents,

servants, workmen and/or employees, acting within the scope of their agency, servitude, workmanship and/or employment and were the direct and proximate result of Defendant breaching its duty of care to the Decedent and that Defendant was negligent in general and with respect to the following particulars:

    (a)    driving the tanker truck in a negligent manner;

    (b)    driving the tanker truck recklessly, carelessly, negligently and/or imprudent such that it left the roadway and/or lane of travel striking the Decedent;

    (c)    in operating the tanker truck at a dangerous and excessive rate of speed;

    (d)    driving the tanker truck in a careless, reckless, negligent and/or imprudent manner without due regard for road or traffic conditions in violation of 21 Del. C., §4176(a);

    (e)    driving the tanker truck carelessly, recklessly, negligently and/or imprudently without due regard for the safety of persons or property in violation of 21 Del. C., 4175(a);

    (f)    in failing to warn Decedent by sounding a horn or otherwise;

    (g)    in failing to apply and/or operate the brakes of the tanker truck in such a manner that the tanker truck could be stopped before striking Decedent;

    (h)    in failing to have the tanker truck under proper and adequate control;

    (i)    in failing to steer the tanker truck in such a manner as to avoid striking Decedent;

    (j)    in being inattentive and failing to maintain a sharp lookout of the road and surrounding traffic conditions in violation of 21 Del. C., §4176(b);

    (k)    in failing to have the operator of the tanker truck in proper physical condition to operate the vehicle;

(l)  in being drowsy and/or falling asleep at the wheel of the tanker truck thereby causing it to leave the roadway and/or lane of travel thereby striking the Decedent;

(m)  failing to regard the rights, safety and position of the Decedent;

(n)  failing to observe the Decedent in a lawful position upon the highway and/or shoulder/berm of the highway;

(o)  failing to take due notice of the point and position of the Decedent;

(p)  failing to have the driver operate the vehicle so as to avoid striking Decedent;

(q)  in violating the statutes of the State of Delaware relating to the operation of motor vehicles on public thoroughfares;

(r)  in being vicarious liable for the negligence of others, including Defendants' driver;

(s)  in not taking evasive action to avoid hitting Decedent; and

(t)  in operating a vehicle causing death in violation of 21 <u>Del. C.</u>, §4176A.

## COUNT II

### Edward Wisniewski and Mary Wisniewski,
### Co-Administrators of the Estate of Eric E. Wisniewski, Deceased,
### Plaintiffs v. Bruce Predeoux, Defendant

16.  Plaintiffs hereby incorporate by reference each and every allegation contained in Paragraphs one through fifteen, inclusive, as if the same had been fully set forth at length herein.

17.  At all times material and relevant hereto, Defendant Predeoux owed a duty to Plaintiffs' Decedent and to all others similarly situated, to exercise due care and caution in the operation of the tanker truck with due regard for the rights and safety of others.

18.    Defendant Predeoux was the operator and at all times relevant, had care, custody, control and/or supervision of the aforementioned vehicle.

19.    That the injures and ultimately loss of life sustained by Decedent was directly and proximately caused by the recklessness, carelessness and negligence of the Defendant Predeoux himself and were the direct and proximate result of Defendant Predeoux breaching his duty of care to the Decedent and that Defendant Predeoux was negligent in general and with respect to the following particulars:

(a)  driving the tanker truck in a negligent manner;

(b)  driving the tanker truck recklessly, carelessly, negligently and/or imprudently such that it left the roadway and/or lane of travel striking the Decedent;

(c)  in operating the tanker truck at a dangerous and excessive rate of speed;

(d)  driving the tanker truck in a careless, reckless, negligent and/or imprudent manner without due regard for road or traffic conditions in violation of 21 Del. C., §4176(a);

(e)  driving the tanker truck carelessly, recklessly, negligently and/or imprudently without due regard for the safety of persons or property in violation of 21 Del. C., 4175(a);

(f)  in failing to warn Decedent by sounding a horn or otherwise;

(g)  in failing to apply and/or operate the brakes of the tanker truck in such a manner that the tanker truck could be stopped before striking Decedent;

(h)  in failing to have the tanker truck under proper and adequate control;

(i)  in failing to steer the tanker truck in such a manner as to avoid striking Decedent;

(j) in being inattentive and failing to maintain a sharp lookout of the road and surrounding traffic conditions in violation of 21 <u>Del. C.</u>, §4176(b);

(k) in failing to be in proper physical condition to operate the vehicle;

(l) in being drowsy and/or falling asleep at the wheel of the tanker truck thereby causing it to leave the roadway and/or lane of travel thereby striking the Decedent;

(m) failing to regard the rights, safety and position of the Decedent;

(n) failing to observe the Decedent in a lawful position upon the highway and/or shoulder/berm of the highway;

(o) failing to take due notice of the point and position of the Decedent;

(p) failing to have the driver operate the vehicle so as to avoid striking Decedent;

(q) in violating the statutes of the State of Delaware relating to the operation of motor vehicles on public thoroughfares;

(r) in being vicarious liable for the negligence of others;

(s) in not taking evasive action to avoid hitting Decedent;

(t) in operating a vehicle causing death in violation of 21 <u>Del. C.</u>, §4176A.

## COUNT III

### Edward Wisniewski and Mary Wisniewski,
### Co-Administrators of the Estate of Eric E. Wisniewski, Deceased,
### Plaintiffs v. Ocean Petroleum, L.L.C., and Bruce Predeoux, Defendants

### Wrongful Death Action

20.    Plaintiffs hereby incorporate by reference each and every allegation contained in Paragraphs one through nineteen, inclusive, as if the same had been fully set forth at length herein.

21.    Plaintiffs bring this action by virtue of the Wrongful Death Act, 10 Del. C., §3724.

22.    That by reason of the death of Plaintiffs' Decedent, his Estate and/or beneficiaries have suffered pecuniary losses, support and incurred expenses resulting from the injuries and death of the Decedent.

23.    That by reason of the death of Plaintiffs' Decedent, his Estate and/or beneficiaries have incurred funeral expenses.

24.    That by reason of the death of Plaintiffs' Decedent, his Estate and/or beneficiaries have suffered mental anguish.

25.    That by reason of the death of Plaintiff's Decedent, his Estate and/or beneficiaries have incurred medical expenses.

26.    That by reason of the death of Plaintiffs' Decedent, his Estate and/or beneficiaries have suffered the loss of contributions, support, comfort, companionship, counsel, aid, society, care, association and services of the Decedent and such other damages as are permissible in a wrongful death action.

## COUNT IV

### Edward Wisniewski and Mary Wisniewski,
### Co-Administrators of the Estate of Eric E. Wisniewski, Deceased,
### Plaintiffs v. Ocean Petroleum, L.L.C., and Bruce Predeoux, Defendants

### Survival Action

27.    Plaintiffs hereby incorporate by reference each and every allegation contained in Paragraphs one through twenty-six, inclusive, as if the same had been fully set forth at length herein.

28.    The actions, described hereinabove, demonstrate that the death of the Decedent was proximately caused by the negligence, carelessness, recklessness and deliberate indifference of the Defendants.

29.    Plaintiffs bring this action by virtue of the Survival Act 10 Del. C., §3701 et seq.

30.    As a direct and proximate result of Defendants' aforesaid negligent, careless and/or reckless acts, Plaintiffs claim damages on behalf of the Decedent's Estate and its beneficiaries for the damages suffered by the Estate and the Estate's beneficiaries as a result of the death of the Decedent as well as:

    (a)    For Decedent's conscious pain, suffering and incon-venience resulting from the above-described negligent and/or reckless acts;

    (b)    Decedent's total estimated future earning power less his estimated cost of personal maintenance;

    (c)    Decedent's loss of retirement and social security income;

    (d)    Decedent's other financial losses suffered as a result of his death;

    (e)    Decedent's loss of the enjoyment of life; and

(f)    Such other damages as are permissible in a survival action.

WHEREFORE, Plaintiffs request damages, jointly and severally, from Defendants for special damages, punitive damages, compensatory damages, as well as interest and the cost of this action.


Dated: October 31, 2007                       CAMPBELL & LEVINE, P.C.


                                     By: /s/ Marla Rosoff Eskin
                                         Marla R. Eskin, (DE 2989)
                                         Kathryn Schulhaus Keller, (DE 4660)
                                         800 North King Street
                                         Suite 300
                                         Wilmington, DE  19801
                                         (302) 426-1900

                                              -and-


                                         Andrew J. Leger, Jr., (PA 43702)
                                         LEGER & BALL, P.C.
                                         330 Grant Street
                                         Suite 3100
                                         Pittsburgh, PA  15219
                                         (412) 456-9700

                                         *Attorneys for Plaintiffs*

EFiled: Oct 31 2007 4:51P
Transaction ID 16888602
Case No. 07C-10-303 CLS

## THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

|  |  |  |
|---|---|---|
| EDWARD WISNIEWSKI and | ) | CIVIL DIVISION |
| MARY WISNIEWSKI, Co-Administrators | ) | |
| of the Estate of Eric E. Wisniewski, Deceased, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 07C- |
| | ) | |
| v. | ) | |
| | ) | |
| OCEAN PETROLEUM , L.L.C. and | ) | |
| BRUCE PREDEOUX, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' ANSWERS TO
## PERSONAL INJURY LITIGATIO INTERROGATORIES

1.      Give the name and present or last-known residential and employment address and

telephone number of each eyewitness to the incident which is the subject of the litigation.

|  |  |
|---|---|
| | Bruce W. Predeoux |
| Home: | 29087 Raven Court |
| | Salsbury, MD  21801 |
| | |
| Work: | 7167 Worchester Highway |
| | Newark, MD  21841 |

Home Phone:  (410) 742-7740
Work Phone:  (410) 632-0400

|  |  |
|---|---|
| | Steven C. Dericco |
| Home: | 1602 Chelmsford Circle |
| | Newark, DE  19702 |
| | |
| Work: | 57 Pier Head Boulevard |
| | Smyrna, DE  19977 |

{D0094325.1 }

Home Phone: (302) 602-1537
Work Phone: (302) 659-4050

Anthony J. Hassler
103 Cross Road
Salem NJ  08079

Home Phone: (856) 935-3661
Work Phone: (609) 368-1927
Dawn R. Taraila
2104 West 6th Street
Wilmington, DE  19805
(302) 690-2462

2.    Give the name and present or last-known residential and employment address and

telephone number of each person who has knowledge of the facts relating to the litigation.

Home:          Bruce W. Predeoux
               29087 Raven Court
               Salsbury, MD  21801

Work:          7167 Worchester Highway
               Newark, MD  21841

Home Phone: (410) 742-7740
Work Phone: (410) 632-0400

Home:          Steven C. Dericco
               1602 Chelmsford Circle
               Newark, DE  19702

Work:          57 Pier Head Boulevard
               Smyrna, DE  19977

Home Phone: (302) 602-1537
Work Phone: (302) 659-4050

Anthony J. Hassler
103 Cross Road
Salem NJ  08079

Home Phone: (856) 935-3661
Work Phone: (609) 368-1927

Dawn R. Taraila
2104 West 6th Street
Wilmington, DE  19805
(302) 690-2462

James Catts
57 Pier Head Boulevard
Smyrna, DE  19977
(302) 659-4050

Howard McMurtrie
1020 Faulkner Way
Greensburg, PA  15601
(724) 832-8338

James Kenkel, Ph.D.
807 Academy Place
Pittsburgh, PA  15243
(412) 563-4128

Robert L. Miller, M.S.M.E., P.E.
CED/Accident Analysis, Inc.
2444 Holly Avenue
Annapolis, MD  21404
(410) 224-4235

Mary and Ed Wisniewski
107 Megan Drive
Bear, DE  19701
(302) 838-9167

Pati and Tom Manly
3751 NW 95th Avenue
Hollywood, FL  33024
(954) 704-9103

Eileen and Doug Wilkins
10176 Dasheen Avenue
Palm Beach Gardens, FL  33410
(561) 775-0647

Melinda Szotkiewitz
31 Trevett Boulevard
Newark, DE  19702-1447
(302) 893-0900

{D0094325.1 }

Jessica Remilliard
648 NW 88th Drive
Coral Springs, FL 33071
(954) 255-9227

Kristen Szotkiewitz
31 Trevett Boulevard
Newark, DE 19702-1447
(302) 737-3829

Matt & Amy McNicoll
19 Apple Lane
Elkton, MD 21921
(410) 620-6110

Elwood Evans
4617 Talley Hill Lane
Talleyville, DE 19803
(302) 764-5160

Irene Polowski
1323 New Churchmans Road
Newark, DE 19713
(302) 283-0615

Cpl. William Nottingham
Sgt. Matthew Cox
Cpl. Jeffrey Weaver
Cpl. Joseph Aube
Delaware State Police, Troop 1A
603 Philadelphia Pike
Wilmington, DE 19809
(302) 761-6677

Trp. Jason Russo
Cpl. Floyd McNally
Cpl. Walter Sherlock
TFC Antoine DeLach
Sgt. Scott McCarthy
Cpl. Edward Sebastianelli
Delaware State Police, Troop 9
414 Main Street
Odessa, DE 19730
(302) 378-5218

Tpr. Gerald Shields
Delaware State Police, Troop 3
3036 Upper King Road
Dover, DE  19904
(302) 697-4454

Cpl. Keith Lamey
Cpl. Dean Anderson
Cpl. Brian Bishop
Delaware State Police Motor Carrier
Safety Awareness Program

Representative
Townsend Fire Company
D 71 Omega Drive
Newark, DE  19713

Representatives
Ocean Petroleum LLC
P.O. Box 129
Newark, MD  21841
(410) 632-0400

D. Bruce Panasuk, M.D.
Gerald J. Fulda, M.D.
Dara DeVeinney, R.N.
Gary Witkin, M.D.
S. Barry Diznoff, M.D.
Chad McSilverberg, D.O.
Christine D. Emery, M.D.
Melissa Johnson
Nabeel R. Rana, M.D.
J. M. Harris, R.N.
Katherine Sahn, M.D.
Christiana Care Health System
P.O. Box 1668
Wilmington, DE
(302) 428-6801

Mark Reedy
NCC Paramedic
Kimberly Pish
NCC Paramedic
New Castle County EMS
NCC Government Center

87 Reads Way
New Castle, DE  19720
(302) 395-8184

Justin Staats
BLS Level 1
Townsend Fire Dept.
107 Main Street
Townsend, DE  19734
(302) 378-8111

3.      Give the names of all persons who have been interviewed in connection with the

above litigation, including the names and present or last-known residential and employment

addresses and telephone numbers of the persons who made said interviews and the names and

present or last-known residential and employment addresses and telephone numbers of persons

who have the original and copies of the interview.

|  | Bruce W. Predeoux |
|---|---|
|  | 29087 Raven Court |
| Home: | Salsbury, MD  21801 |
|  |  |
| Work: | 7167 Worchester Highway |
|  | Newark, MD  21841 |
|  |  |
| Home Phone: | (410) 742-7740 |
| Work Phone: | (410) 632-0400 |
|  |  |
| BY: | Delaware State Police |
|  | Statement remains in possession of Delaware State Police |

|  | Steven C. Dericco |
|---|---|
| Home: | 1602 Chelmsford Circle |
|  | Newark, DE  19702 |
|  |  |
| Work: | 57 Pier Head Boulevard |
|  | Smyrna, DE  19977 |
|  |  |
| Home Phone: | (302) 602-1537 |
| Work Phone: | (302) 659-4050 |
|  |  |
| BY: | Delaware State Police |
|  | Statement remains in possession of Delaware State Police |

BY:          Andrew J. Leger, Jr., Esquire
              Statement remains in possession of Andrew J. Leger, Jr., Esquire

              Anthony J. Hassler
              103 Cross Road
              Salem NJ  08079

Home Phone:  (856) 935-3661
Work Phone:  (609) 368-1927

BY:          Delaware State Police
              Statement remains in possession of Delaware State Police

              Dawn R. Taraila
              2104 West 6th Street
              Wilmington, DE  19805
              (302) 690-2462

BY:          Delaware State Police
              Statement remains in possession of Delaware State Police

              Cpl. William Nottingham
              Sgt. Matthew Cox
              Cpl. Jeffrey Weaver
              Cpl. Joseph Aube
              Delaware State Police, Troop 1A
              603 Philadelphia Pike
              Wilmington, DE  19809
              (302) 761-6677

              Trp. Jason Russo
               Cpl. Floyd McNally
              Cpl. Walter Sherlock
              TFC Antoine DeLach
              Sgt. Scott McCarthy
              Cpl. Edward Sebastianelli
              Delaware State Police, Troop 9
              414 Main Street
              Odessa, DE  19730
              (302) 378-5218

              Tpr. Gerald Shields
              Delaware State Police, Troop 3
              3036 Upper King Road
              Dover, DE  19904
              (302) 697-4454

Cpl. Keith Lamey
Cpl. Dean Anderson
Cpl. Brian Bishop
Delaware State Police Motor Carrier
Safety Awareness Program

BY:        Delaware State Police
              Statement remains in possession of Delaware State Police

              Mary and Ed Wisniewski
              107 Megan Drive
              Bear, DE  19701
              (302) 838-9167

BY:        Andrew J. Leger, Jr., Esquire
              Statement remains in possession of Andrew J. Leger, Jr., Esquire

              Pati and Tom Manly
              3751 NW 95th Avenue
              Hollywood, FL
              (954) 704-9103

BY:        Andrew J. Leger, Jr., Esquire
              Statement remains in possession of Andrew J. Leger, Jr., Esquire

              Eileen and Doug Wilkins
              10176 Dasheen Avenue
              Palm Beach Gardens, FL  33410
              (561) 775-0647

BY:        Andrew J. Leger, Jr., Esquire
              Statement remains in possession of Andrew J. Leger, Jr., Esquire

              Melinda Szotkiewitz
              31 Trevett Boulevard
              Newark, DE  19702-1447
              (302) 893-0900

BY:        Andrew J. Leger, Jr., Esquire
              Statement remains in possession of Andrew J. Leger, Jr., Esquire

Jessica Remilliard
648 NW 88th Drive
Coral Springs, FL  33071
(954) 255-9227

BY:       Andrew J. Leger, Jr., Esquire
          Statement remains in possession of Andrew J. Leger, Jr., Esquire

Matt & Amy McNicoll
19 Apple Lane
Elkton, MD  21921
(410) 620-6110

BY:       Andrew J. Leger, Jr., Esquire
          Statement remains in possession of Andrew J. Leger, Jr., Esquire

Elwood Evans
4617 Talley Hill Lane
Talleyville, DE 19803
(302) 764-5160

BY:       Andrew J. Leger, Jr., Esquire
          Statement remains in possession of Andrew J. Leger, Jr., Esquire

Irene Polowski
1323 New Churchmans Road
Newark, DE 19713
(302) 283-0615

BY:       Andrew J. Leger, Jr., Esquire
          Statement remains in possession of Andrew J. Leger, Jr., Esquire

4.      Identify all photographs, diagrams, or other representations made in connection

with the matter in litigation, giving the name and present or last-known residential and

employment address and telephone number of the person having the original and copies thereof.

Delaware State Police
Howard McMurtrie
Robert L. Miller, M.S.M.E., Ph.D.
Andrew J. Leger, Jr., Esquire
SEE ATTACHED.

{D0094325.1 }

5.      Give the name, professional address, and telephone number of all expert

witnesses presently retained by the party together with the dates of any written opinions prepared

by said expert.  If an expert is not presently retained, describe by the type the experts whom the

party expects to retain in connection with the litigation.

> Howard McMurtrie
> 1020 Faulkner Way
> Greensburg, PA  15601
> (724) 832-8338
>
> (Written Opinion dated February 14, 2007)
>
> James Kenkel, Ph.D.
> 807 Academy Place
> Pittsburgh, PA  15243
> (412) 563-4128
>
> (Written Opinion dated August 29, 2007)
>
> D. Bruce Panasuk, M.D.
> Gerald J. Fulda, M.D.
> Nabeel R. Rana, M.D.
> Christiana Care Health System
> P.O. Box 1668
> Wilmington, DE
> (302) 428-6801
>
> (Written Opinions dated February 2, 2005)

6.      Give a brief description of any insurance policy, including excess coverage, that is

or may be applicable to the litigation, including:

> (a) The name and address of all companies insuring the risk;
>
> (b) The policy number(s);
>
> (c) The type of insurance;
>
> (d) The amounts of primary, secondary, and excess coverage.
>
> Zurich Insurance Company

13810 FNB Parkway
P.O. Box 542003
Omaha, NE 68154

Policy No: Unknown
Liability Insurance: $1,000,000 Policy Limits

RSUI Group, Inc.
945 East Paces Ferry Road
Suite 1800
Atlanta, GA 30326-1125

Policy No: Unknown
Mandatory Excess Liability Insurance: $5,000,000 Policy Limits

Progressive Classic Insurance Co.
800 Red Brooke Boulevard, #200
Owings Mills, MD 21117

Policy No: 15644738-6
Underinsured Motorist Coverage: $20,000/$40,000

Harleysville Insurance Co.
P.O. Box 140996
Nashville, TN 37214

Policy No: BA-4J 3334
Underinsured Motorist Coverage

7.    Give the name, professional address, and telephone number of all physicians, chiropractors, psychologists, and physical therapists who have examined or treated you at any time during the ten year period immediately prior to the date of the incident at issue in this litigation.

Timothy O'Donnell, M.D.
North Bay Medical Associates
313 W. Main Street
Newark, DE
(302) 834-6800

{D0094325.1 }

Respectfully submitted,

CAMPBELL & LEVINE, P.C.


BY:  /s/Kathryn S. Keller
       Marla R. Eskin, (DE 2989)
       Kathryn S. Keller, (DE 4660)
       800 North King Street
       Suite 300
       Wilmington, DE  19801
       (302) 426-1900

             - and -

       Andrew J. Leger, Jr., Esquire (PA 43702)
       LEGER & BALL, P.C.
       330 Grant Street
       Suite 3100
       Pittsburgh, PA  15219
       (412) 456-9700

       *Attorneys for Plaintiffs*

EFiled: Oct 31 2007  4:51P ....
Transaction ID 16888602
Case No. 07C-10-303 CLS

## THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| EDWARD WISNIEWSKI and | ) | NON-ARBITRATION |
| MARY WISNIEWSKI, Co-Administrators | ) | |
| of the Estate of Eric E. Wisniewski, Deceased, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 07C- |
| | ) | |
| OCEAN PETROLEUM , L.L.C., and | ) | |
| BRUCE PREDEOUX, | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFFS' CIVIL RULE 3(h)

Due to the volume of documentary evidence gathered, it is impracticable to attach

photocopies of all documents to the Complaint.  Copies of all documents discoverable

under this Rule will be forwarded to the Defendants once an appearance is made by

Defendants' counsel.

**CAMPBELL & LEVINE, LLC**

By:    /S/ Kathryn Schulhaus Keller
Marla Rosoff Eskin, (DE ID 2989)
Kathryn S. Keller, ( DE ID 4660)
800 N. King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

and

LEGER & BALL, P.C.
Andrew J. Leger, Jr., (PA 43702)
330 Grant Street, Suite 3100
Pittsburgh, PA  15219
(412) 456-9700

*Attorneys for Plaintiffs*

{D0094712.1 }

EFiled:  Oct 31 2007  4:51PM EDT
Transaction ID 16888602
Case No. 07C-10-303 CLS

**THE SUPERIOR COURT OF THE STATE OF DELAWARE**
**IN AND FOR NEW CASTLE COUNTY**

| | | |
|---|---|---|
| EDWARD WISNIEWSKI and | ) | NON-ARBITRATION |
| MARY WISNIEWSKI, Co-Administrators | ) | |
| of the Estate of Eric E. Wisniewski, Deceased, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 07C- |
| | ) | |
| OCEAN PETROLEUM , L.L.C., and | ) | |
| BRUCE PREDEOUX, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>CERTIFICATION OF VALUE</u>

I, Marla Rosoff Eskin, attorney for Plaintiffs, hereby certify in good faith at this

time in my opinion that the sum of damages of all Plaintiffs is in excess of $100,000.00,

exclusive of costs and interest.

Date: October 31, 2007

**CAMPBELL & LEVINE, LLC**

By:   /S/ Marla Rosoff Eskin
      Marla Rosoff Eskin (DE ID 2989)
      Kathryn S. Keller (DE ID 4660)
      800 N. King Street, Suite 300
      Wilmington, DE 19801
      (302) 426-1900

      - and -

      LEGER & BALL, P.C.
      Andrew J. Leger, Jr. (PA 43702)
      330 Grant Street
      Suite 3100
      Pittsburgh, PA  15219
      (412) 456-9700

      *Attorneys for Plaintiffs*

{D0094709.1 }

12/17/07
Bruce
8:43AM

e-file
2

# Sheriff's Return

Served the within Summons and copy of the following complaint:

SUMMONS/COMPLAINT

this day, Monday, November 26, 2007, personally upon **HARRIET SMITH WINDSOR**, Secretary of State of the State of Delaware, by leaving with her a true and correct copy of the said Summons for the defendant:

OCEAN PETROLEUM & BRUCE PREDEOUX

and a copy of the Complaint for the said defendant, together with the sum of $ 4.00 Dollars, as prescribed by Section 3104 of Title 10 of the Delaware Code of 1978.

So Answers,

Higdon

Jim Higdon
Sheriff of Kent County



EFiled: Dec 27 2007 3:03...
Transaction ID 17799025
Case No. 07C-10-303 CLS
SUMMON

## THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

EDWARD WISNIEWSKI and ) NON-ARBITRATION
MARY WISNIEWSKI, Co-Administrators )
of the Estate of Eric E. Wisniewski, Deceased, ) JURY TRIAL DEMANDED
)
     Plaintiffs, )
)
    v. ) C.A. No. 07C-
)
OCEAN PETROLEUM , L.L.C., and )
BRUCE PREDEOUX, )
)
    Defendants. )

RECEIVED

NOV 2 6 2007

**THE STATE OF DELAWARE,**
**TO THE SHERIFF OF KENT COUNTY:**
**YOU ARE COMMANDED:**

    To summons the above named defendant so that, within 20 days after service hereof upon

defendants, exclusive of the day of service, defendants shall serve upon Marla Rosoff Eskin,

Esquire, plaintiffs' attorney, whose address is 800 N. King Street, Suite 300, Wilmington DE

19801, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of

defense

{D0093833.1}

To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiff).

Dated: 11/6/07

SHARON AGNEW
Prothonotary

Per Deputy

## TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiffs' attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

SHARON AGNEW
Prothonotary

Per Deputy

{D0095833.1 }

Page 2

EFiled: Jan 8 2008 5:13PM EST
Transaction ID 17948307
Case No. 07C-10-303 CLS

### IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
### IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| EDWARD WISNIEWSKI and<br>MARY WISNIEWSKI, Co-Administrators<br>of the Estate of Eric E. Wisniewski, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN PETROLEUM , L.L.C. and<br>BRUCE PREDEOUX,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07C-10-303 CLS |

## AMENDMENT TO COMPLAINT

### (Mailing Affidavit)

STATE OF DELAWARE       :
                                            :
NEW CASTLE COUNTY    :

On January 8, 2008, personally appeared before me, Kathryn S. Keller, who by me being duly sworn did depose and say that:

1.      She is an attorney with Campbell & Levine, LLC, the attorneys of record, for Plaintiffs in the above-captioned case.

2.      She did cause to be mailed by registered mail on December 18, 2007, return receipt requested, a copy of the return of service of process by the Sheriff of Kent County on the Secretary of State of Delaware, as well as a copy of the Original Complaint and the Notice required under 10 Del.C., §3104 to Defendant Ocean Petroleum, L.L.C., whose principal place of business is located at 7167 Worchester Highway, Newark, Maryland, 21841.

{D0100616.1 }

3.     As of January 4, 2008, Plaintiffs' attorneys had not received the executed

acknowledgement of delivery.  Plaintiffs' attorneys contacted the United States Post

Office located at 500 Delaware Ave, Suite 1, Wilmington, Delaware 19801-7413

inquiring into the status of the delivery.  A United States Postal agent confirmed that the

document had been delivered to Defendant at the above-listed address and emailed

Plaintiffs' counsel a copy of the executed acknowledged that is attached herewith.


Dated: January 8, 2008                          CAMPBELL & LEVINE, LLC


                              By:     /s/Kathryn S. Keller
                                      Kathryn S. Keller (DE 4660)
                                      800 North King Street
                                      Suite 300
                                      Wilmington, DE 19801
                                      (302) 426-1900

                                      Attorney for Plaintiffs


        SWORN TO AND SUBSCRIBED before me the day and year aforesaid.


                                      /s/Bruce Campbell
                                      NOTARY PUBLIC


{D0100616.1 }

EFiled: Jan 8 2008 5:13PM EST
Transaction ID 17948307
Case No. 07C-10-303 CLS

# EXHIBIT A



Registered No. RE215536878US
Reg. Fee 9.50
Return Receipt 2.15
Handling Charge
Postage Add
Received by: [signature]
Customer Must Declare Full Value $
☐ With Postal Insurance
☐ Without Postal Insurance

OFFICIAL USE 1387

FROM: Campbell & Levine, LLC
800 N. King St. Ste. 300
Wilmington, DE 19801

TO: Mr. Bruce Predeoux
29087 Raven Court
Salisbury, MD 21801

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051) (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®



Registered No. RE 330528880US
Reg. Fee 9.50
Return Receipt 4.15
Handling Charge
Postage 4.60
Received by: [signature]
Customer Must Declare Full Value $
☐ With Postal Insurance
☑ Without Postal Insurance

OFFICIAL USE 1387

FROM: Campbell & Levine, LLC
800 N. King St, Suite 300
Wilmington, DE 19801

TO: Ocean Petroleum, L.L.C. Attention:
Officer/Managing or General Agent/any other authorized
Agent to accept service of process
7467 Worchester Hwy Newark, MD 21841

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051) (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

01/04/2008  13:32   13027771525                RODNEY SQUARE                    PAGE  01

Direct Query - Intranet                                                          Page 1 of 1

302- 426-9947



## Track/Confirm – Intranet Item Inquiry
## Item Number: RE33 8588 880U S

### This Item was delivered on 12/20/2007 at 09:50



| Signature: | |
| --- | --- |
| Address: | PO Box 129 |

**Enter Request Type and Item Number:**

Quick Search ⦿          Extensive Search ◯

Explanation of Quick and Extensive Searches

[ Submit ]

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Edward Wisniewski and
Mary Wisniewski, Co-Administrators
of the Estate of Eric E. Wisniewski, Deceased

**(b)** County of Residence of First Listed Plaintiff    New Castle
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney Marla Rosoff Eskin, Esq., Campbell & Levine, P.C.
800 North King Street, Suite 300, Wilmington, DE 19801
(302) 426-1900

## DEFENDANTS

Ocean Petroleum, LLC and
Bruce Predeoux

County of Residence of First Listed Defendant    Salisbury
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorney David C. Malatesta, Jr., Esq., Kent & McBride, P.C.
1105 Market Street, Suite 500, Wilmington, DE 19801
(302) 777-5477

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

*PERSONAL INJURY*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☒ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

*PERSONAL INJURY*
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence
*Habeas Corpus:*
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt.Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus - Alien Detainee
☐ 465 Other Immigration Actions

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 28 U.S.C. § 1332 (a) (1)

Brief description of cause: Personal Injury by Motor Vehicle

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):
JUDGE    N/A    DOCKET NUMBER

DATE    1/14/2008

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 08 - 026

## ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

### *NOTICE OF AVAILABILITY OF A*
### *UNITED STATES MAGISTRATE JUDGE*
### *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____4_____ COPIES OF AO FORM 85.

JAN 1 4 2008

_____
(Date forms issued)

_____
(Signature of Party or their Representative)

_____
(Printed name of Party or their Representative)

Mike Bobish

Note: Completed receipt will be filed in the Civil Action