## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| EDWARD WISNIEWSKI and <br> MARY WISNIEWSKI, Co-Administrators <br> of the Estate of Eric E. Wisniewski, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> OCEAN PETROLEUM , L.L.C., and <br> BRUCE PREDEOUX, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 1:08-cv-00026 (UNA) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Andrew J. Leger, Jr. of the law firm of LEGER & BALL, P.C., 330 Grant Street, Suite 3100, Pittsburgh, PA 15219, to represent Edward Wisniewski and Mary Wisniewski, Co-Administrators of the Estate of Eric E. Wisniewski, Deceased, in this action.

CAMPBELL & LEVINE, LLC

By:    */s/ Marla Rosoff Eskin*
Marla Rosoff Eskin (DE 2989)
800 N. King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900
*Attorney for Plaintiffs*

Date:   January 18, 2008

{D0101250.1 }

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

LEGER & BALL, P.C.

Andrew J. Leger, Jr., Esquire (PA 43702)
330 Grant Street, Suite 3100
Pittsburgh, PA 15219
(412) 456-9700

Attorney for Plaintiffs

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____

_____
United States District Court Judge

{D0101250.1 }