## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD WISNIEWSKI and MARY WISNIEWSKI, Co-Administrators of the Estate of Eric E. Wisniewski, Deceased,<br>          Plaintiffs,<br><br>    v.<br><br>OCEAN PETROLEUM, L.L.C., and BRUCE PREDEOUX,<br>          Defendants. | C.A. No.: 1:08-cv-00026 (GMS)<br><br>JURY TRIAL DEMANDED |

### **MAILING AFFIDAVIT**

STATE OF DELAWARE   :
                                :
NEW CASTLE COUNTY   :

      On February 4, 2008, personally appeared before me, Kathryn S. Keller, who by me being duly sworn did depose and say that:

      1.    She is an attorney with Campbell & Levine, LLC, the attorneys of record for Plaintiffs in the above-captioned case.

      2.    She did cause a Complaint to be filed with the Superior Court of the State of Delaware in and for New Castle County on October 31, 2008. That same day, a Summons and Praecipe were issued for service upon the Defendants through the Delaware Secretary of State.

      3.    On December 17, 2008, the Sheriff's return on the Secretary of State was returned and filed with the New Castle County Prothonotary's Office.

      4.    She did cause to be mailed by registered mail on December 18, 2007, return receipt requested, a copy of the return of process by the Sheriff of Kent County on the Secretary of State of Delaware, as well as a copy of the Original Complaint and the Notice required under

10 Del. C. § 3104 to Defendant Bruce Predeoux whose address is 29087 Raven Court, Salisbury, Maryland, 21801.

5.  On January 10, 2008, Plaintiffs' counsel received the Original Complaint and Notice registered mail envelope with a notation that it was "unclaimed." The original mailing envelope and the original receipt given by the post office at the time of mailing the above documents are attached hereto as Exhibit A.

6.  On January 11, 2008, Plaintiffs' counsel did cause to be mailed by registered mail, return receipt requested, a second copy of the return of process by the Sheriff of Kent County on the Secretary of State of Delaware, as well as a copy of the Original Complaint and the Notice required under 10 Del. C. § 3104 to Defendant Bruce Predeoux at 29087 Raven Court, Salisbury, Maryland, 21801.

7.  On January 31, 2008, Plaintiffs counsel received the second registered mail envelope containing the Original Complaint and Notice with the notation "unclaimed." The second original mailing envelope and the original receipt given by the post office at the time of mailing the above documents are attached hereto as Exhibit B.

Dated: February 4, 2008                     CAMPBELL & LEVINE, LLC

                                            By:/s/Kathryn S. Keller
                                               Kathryn S. Keller (DE 4660)
                                               800 N. King St., Suite 300
                                               Wilmington, DE 19801
                                               (302) 426-1900

                                               Attorney for the Plaintiffs

SWORN TO AND SUBSCRIBED before me the day and year aforesaid


                                            /s/Bruce Campbell
                                            NOTARY PUBLIC

{D0105781.1 }

# **EXHIBIT A**



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Mr. Bruce Rec[...]<br>29087 R[...]<br>Salisbury, MD [...]<br><br>*[stamped: RETURN TO SENDER, NOT CLAIMED, UNCLAIMED]* | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☒ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | RE 215 536 878 US |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| Registered No. RE215536878US | | Date Stamp |
|---|---|---|
| Reg. Fee 9.50 | | |
| Handling Charge | Return Receipt 2.15 | DEC 18 2007 WILMINGTON, DE 19801 USPS |
| Postage 4.60 | Restricted Delivery ✓ | |
| Received by [signature] | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance ☒ Without Postal Insurance | |

OFFICIAL USE    1387

FROM: Campbell & Levine, LLC
800 N. King St., Ste. 300
Wilmington, DE 19801

TO: Mr. Bruce Predeoux
29087 Raven Court
Salisbury, MD 21801

PS Form 3806, May 2004 (7530-02-000-9051)    Receipt for Registered Mail    Copy 1 - Customer (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

# **EXHIBIT B**

Case 1:08-cv-00026-GMS    Document 7-3    Filed 02/04/2008    Page 1 of 4





| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by ( *Printed Name* ) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Mr. Boyce<br>29087<br>Salisbury, MD  [RETURNED TO SENDER / UNCLAIMED stamp] 01 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No | |
| | 3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☒ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (*Extra Fee*)   ☐ Yes | |
| 2. Article Number<br>*(Transfer from service label)* | RE 338 589 148 US | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

| Registered No. RE338589148US | | Date Stamp |
|---|---|---|
| Reg. Fee $9.50 | | 0501 |
| Handling Charge $0.00 | Return Receipt $2.15 | 19 |
| Postage $4.60 | Restricted Delivery $0.00 | 01/11/08 |
| Received by /s/ Sueda | | Domestic Insurance up to $25,000 is Included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ $0.00 | ☐ With Postal Insurance ☑ Without Postal Insurance | |

OFFICIAL USE

FROM:
Campbell & Levine, LLC
800 N. King St., Suite 300
Wilmington, DE 19801

TO:
Mr. Bruce Predeoux
29087 Brown Court
Salisbury, MD 21801

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®