UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD WISNIEWSKI and <br> MARY WISNIEWSKI, Co-Administrators <br> of the Estate of Eric E. Wisniewski, <br> Deceased, <br>           Plaintiffs, <br><br> v. <br><br> OCEAN PETROLEUM, L.L.C., and <br> BRUCE PREDEOUX, <br><br>           Defendants. | ) <br> ) <br> )   C.A. No.: 1:08-cv-00026 (GMS) <br> ) <br> )   JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AMENDMENT TO COMPLAINT

### (MAILING AFFIDAVIT)

STATE OF DELAWARE   :
                              :
NEW CASTLE COUNTY   :

On February 29, 2008, personally appeared before me, Kathryn S. Keller, who by me being duly sworn did depose and say that:

1. She is an attorney with Campbell & Levine, LLC, the attorneys of record for Plaintiffs in the above-captioned case.

2. She did cause to be mailed by registered mail on February 20, 2008, return receipt requested, a copy of the return of service of process on the Secretary of State of Delaware, as well as a copy of the Summons, Original Complaint, and the Notice required under 10 Del. C. § 3112 to non-resident Defendant Bruce Predeoux whose address is located at:

      29087 RAVEN COURT
      SALISBURY, MARYLAND 21801

{D0107000.1 }

3.  She herewith attaches a copy of the Post Office executed acknowledgment of receipt, attached as **Exhibit A**. Exhibit A indicates that Defendant Bruce Predeoux accepted the registered mailing on February 28, 2008.

Dated: February 29, 2008

CAMPBELL & LEVINE, LLC

By: *Kathryn S. Keller*
Kathryn S. Keller (DE 4660)
800 North King Street
Suite 300
Wilmington, DE 19801
(302) 426-1900

*Attorney for Plaintiffs*

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.



Bruce Dean Campbell
NOTARY PUBLIC

{D0107000.1 }

UNITED STATES POSTAL SERVICE

EASTON MD 216

28 FEB 2008 PM 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Kate Keller, ESQ
Campbell & Levine, LLC
800 N. King St., Suite 300
Wilmington, DE 19801

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Bruce Predeoux
29087 Raven Ct.
Salisbury, MD 21801

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Bruce Predeoux
☐ Agent
☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery
2-28-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☒ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) RE 038-599 779

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**Registered No.** RE038599779US

Date Stamp
WILMINGTON DE 19801
0501
20
08
02/20/08
USPS

To Be Completed By Post Office

| | | | |
|---|---|---|---|
| Reg. Fee | $9.5 | | |
| Handling Charge | $0.0 | Return Receipt ✓ | $2.1 |
| Postage | $4.6 | Restricted Delivery | $0.0 |
| Received by | | | |
| Customer Must Declare Full Value $ | $0.00 | ☐ With Postal Insurance<br>☑ Without Postal Insurance | |

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (*See Reverse*).

OFFICIAL USE

To Be Completed By Customer (Please Print)
All Entries Must Be in Ballpoint or Typed

FROM
Campbell & Levine, LLC
800 N. King St., Suite 300
Wilmington, DE 19801

TO
Mr. Bruce Predeoux
29087 Raven Court (SALISBURY MD 21801)
Salisbury, MD 21801

PS Form 3806, **Receipt for Registered Mail** *Copy 1 - Customer*

