IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD WISNIEWSKI and MARY WISNIEWSKI, Co-Administrators of the Estate of Eric E. Wisniewski, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN PETROLEUM, L.L.C., and BRUCE PREDEOUX,<br><br>Defendants. | )<br>)<br>)<br>) Case No. 1:08-cv-00026 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Denis P. McBride of the law firm Kent & McBride, P.C., 1040 Kings Highway North, Suite 600, Cherry Hill, NJ 08034, to represent Ocean Petroleum, L.L.C. and Bruce Predeoux in this action.

KENT & MCBRIDE, P.C.

By: _____
David C. Malatesta, Jr., Esquire
Delaware I.D. No. 3755
1105 Market Street
Suite 500, 5th Floor
Wilmington, DE 19801
(302) 777-5477
Attorney for Defendants

Date: April 14, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of the States of Pennsylvania and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

KENT & MCBRIDE, P.C.

*Denis P. McBride*
Denis P. McBride, Esquire
1040 Kings Highway North, Suite 600
Cherry Hill, NJ 08034
(856) 667-3113

Attorney for Defendants

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____

_____
United States District Court Judge