## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD WISNIEWSKI and MARY WISNIEWSKI, Co-Administrators of the Estate of Eric E. Wisniewski, Deceased,<br><br>        Plaintiffs,<br><br>    v.<br><br>OCEAN PETROLEUM, L.L.C., and BRUCE PREDEOUX,<br><br>        Defendants. | C.A. No.: 1:08-cv-00026 (GMS)<br><br>JURY TRIAL DEMANDED |

### NOTICE OF SERVICE

I, Kathryn S. Keller, of Campbell & Levine, LLC, Hereby Certify that on May 7, 2008, I caused a copy of the *Plaintiffs' Rule 26(A) Disclosures* to be served upon the individuals listed below in the manner indicated:

| **VIA FIRST CLASS MAIL** | **VIA HAND DELIVERY** |
|---|---|
| Denis McBride, Esq.<br>Kevin Dronson, Esq.<br>Kent & McBride, P.C.<br>1040 Kings Highway, Suite 600<br>Cherry Hill, NJ 08034 | David C. Malatesta, Jr., Esq.<br>Kent & McBride, P.C.<br>1105 Market St.<br>Suite 500, 5th Floor<br>Wilmington, DE 19801 |

Date: May 7, 2008

                                                  */s/Kathryn S. Keller*
                                                  Kathryn S. Keller (#4660)