UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD WISNIEWSKI and<br>MARY WISNIEWSKI, Co-Administrators<br>of the Estate of Eric E. Wisniewski, Deceased,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>OCEAN PETROLEUM, L.L.C., and<br>BRUCE PREDEOUX,<br><br>　　　　　Defendants. | :<br>:　Case No.: 1:08-cv-00026-GMS<br>:<br>:　Jury Trial Demanded<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SERVICE**

I, David C. Malatesta, Jr., Esquire, of Kent & McBride, P.C., hereby certify that on May 15, 2008, I caused a copy of the Defendants' Rule 26(A) Disclosures to be served upon individuals listed below in the matter indicated:

| **Via First Class Mail** | **Via First Class Mail** |
|---|---|
| Kathryn S. Keller, Esq. | Andrew J. Leger, Jr., |
| Campbell & Levine, P.C. | Leger & Ball, P.C. |
| 800 North King Street | 330 Grant Street |
| Suite 300 | Suite 3100 |
| Wilmington, DE 19801 | Pittsburgh, PA 15219 |

　　　　　　　　　　　　　　　　　　　　**KENT & McBRIDE, P.C.**

By:　*/s/ David C. Malatesta, Jr.*
　　　David C. Malatesta, Jr., Esquire
　　　Delaware I.D. No. 3755
　　　1105 Market Street
　　　Suite 500, 5th Floor
　　　Wilmington, DE 19801
　　　(302) 777-5477
　　　Attorney for Defendants

Dated: May 15, 2008