## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD WISNIEWSKI and<br>MARY WISNIEWSKI, Co-Administrators<br>of the Estate of Eric E. Wisniewski, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>OCEAN PETROLEUM, L.L.C., and<br>BRUCE PREDEOUX,<br><br>Defendants. | Case No.: 1:08-cv-00026-GMS<br><br>Jury Trial Demanded |

### ORDER

AND NOW, TO WIT, this ___9th___ day of ___Oct___, 2008, this Court having duly considered Defendants Ocean Petroleum, L.L.C. and Bruce Predeoux's Motion for Leave to File a Third-party Complaint;

IT IS HEREBY ORDERED that Defendants' Motion for Leave to File a Third-party Complaint is hereby **GRANTED.**

BY THE COURT:

_____
J.