**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

EDWARD WISNIEWSKI and                           :
MARY WISNIEWSKI, Co-Administrators              :       Case No.: 1:08-cv-00026-GMS
of the Estate of Eric E. Wisniewski, Deceased,  :
        Plaintiffs,                             :
    v.                                          :
                                                :
OCEAN PETROLEUM, L.L.C., and                    :
BRUCE PREDEOUX,                                 :
        Defendants,                             :
    v.                                          :
                                                :
CATTS PLUMBING REPAIR, INC.,                    :
        Third-Party Defendant.                  :

## STIPULATION OF DISMISSAL

       IT IS HEREBY STIPULATED this 22nd day of October, 2010, by and between counsel for Plaintiffs, Edward Wisniewski and Mary Wisniewski, on behalf of the Estate of Eric E. Wisniewski, counsel for Defendants, Ocean Petroleum, LLC and Bruce Predeoux, and counsel for Third-Party Defendant Catts Plumbing Repair, Inc., that the entire action, including all claims, shall be dismissed with prejudice with costs to be borne by each party.  The case is dismissed based upon an agreement reached by the parties.

       **CAMPBELL & LEVINE, LLC**

    */s/  Bernarnd G. Conaway*
      Bernard G. Conaway, Esq. (#2856)
      800 N. King St., Suite 300
      Wilmington, DE. 19801
      (302) 426-1900
      Attorney for Plaintiffs

**KENT & MCBRIDE, P.C.**

/s/ *David C. Malatesta*
     David C. Malatesta, Jr., Esq. (#3755)
     824 N. Market St., Suite 805
     Wilmington, DE. 19801
     (302) 777-5477
     Attorneys for Ocean Petroleum, LLC and
     Bruce Predeoux

**SWARTZ CAMPBELL, LLC**

/s/ *Nicholas E. Skiles*
     Nicholas E. Skiles, Esq. (#3777)
     300 Delaware Ave., Suite 1130
     P.O. Box 330
     Wilmington, DE 19899
     (302) 656-5935
     Attorney for Third-Party Defendant Catts Plumbing

**SO ORDERED this _____ day of _____, 2010.**

               _____
                     J.